**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**ROBERT THOMAS REED**                                                      **PLAINTIFF**

**V.**                              **CASE NO. 4:17-CV-8 JM/BD**

**BOONE COUNTY SHERIFF'S DEPARTMENT
and MIKE MOORE**                                                  **DEFENDANTS**

<u>**ORDER**</u>

On January 6, 2017, Robert Thomas Reed, an inmate in the Boone County Jail

("Jail"), filed this lawsuit without the help of a lawyer under 42 U.S.C. § 1983, on behalf

of himself and Carrie Rae Etheridge.  (Docket entry #2)  Mr. Reed alleges that his

constitutional rights were violated during his detention at the Jail.  He identifies the

Boone County Sheriff's Department and the Boone County Sheriff as the only

Defendants.

Boone County is located in the Western District of Arkansas.  The interests of

justice would best be served by transferring this case to the United States District Court

for the Western District of Arkansas, under 28 U.S.C. § 1406(a).  The Clerk of Court is

directed to transfer this case immediately to the United States District Court for the

Western District of Arkansas, Harrison Division, John Paul Hammerschmidt Federal

Building, 35 East Mountain Street, Room 510, Fayetteville, Arkansas 72701.

IT IS SO ORDERED, this 12th day of January, 2017.

_____
UNITED STATES MAGISTRATE JUDGE