# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

ROBERT THOMAS REED      PLAINTIFF

V.      CASE NO. 3:17-CV-03003

BOONE COUNTY SHERIFF'S
DEPARTMENT; and SHERIFF
MIKE MOORE      DEFENDANTS

## OPINION AND ORDER

This is a civil rights case filed by the Plaintiff under the provisions of 42 U.S.C. § 1983. Plaintiff proceeds *in forma pauperis* and *pro se*. He is incarcerated in the Ouachita River Correctional Unit of the Arkansas Department of Correction. At the times at issue in this case, Plaintiff was incarcerated at the Boone County Detention Center.

By order (Doc. 8) entered on January 13, 2017, Plaintiff was advised that the Boone County Sheriff's Department could not be sued under § 1983. He was given until January 31, 2017, to advise the Court if he wanted to substitute an individual or individuals in place of the Sheriff's Department. He did not file a response to the order.

On March 14, 2017, a show cause order (Doc. 10) was entered. Plaintiff was given until April 3, 2017, to show cause why this case should not be dismissed due to his failure to prosecute this action and his failure to obey the order of the Court.

To date, Plaintiff has not responded to the show cause order (Doc. 10). He has not requested an extension of time to respond. No mail has been returned as undeliverable. For these reasons, this case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute this action and failure to obey the orders of the Court. Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED** on this 14th day of April, 2017.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE